ANN GLENNON, as Administratrix of RICHARD GLENNON, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 562.)

---

GEORGE H. TOOP, Appellant, *v.* SAMUEL W. B. SMITH et al., Respondents.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 181 N. Y. 283.)